1006

No. 814, Misc.   HOLLIS *v.* WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 810, Misc.   WILLIAMS *v.* VIRGINIA.   Sup. Ct. App. Va.   Certiorari denied. *Michael Meltsner* for petitioner. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 818, Misc.   BANDY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. *Acting Solicitor General Friedman, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 845, Misc.   CONWAY *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 861, Misc.   BENNETT *v.* NORTH CAROLINA.   C. A. 4th Cir.   Certiorari denied.

No. 866, Misc.   WILLIAMS *v.* MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 896, Misc.   BLUNT *v.* SHEEHY, REFORMATORY SUPERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 897, Misc.   WILLIAMS *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 898, Misc.   HENLEY *v.* OHIO.   Sup. Ct. Ohio. Certiorari denied. *Louis A. Ginocchio* and *Thomas Stueve* for petitioner. *Melvin G. Rueger, Calvin W. Prem,* and *Leonard Kirschner* for respondent.